# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Callidus Software, Inc.<br><br>PLAINTIFF(S)<br>v.<br><br>Xactly Corporation<br><br>DEFENDANT(S) | CASE NUMBER<br><br>SACV12-1432 JFW(FFMx)<br><br>**ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

September 7, 2012                                                   John F. Walter /s/
Date                                                                         United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __John A. Kronstadt__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __JAK__ after the case number, so that the case number will read __SACV 12-01432 JAK(FFMx)__. This is very important because documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc:   ☑ *Previous Judge*

CV-128 (09/11)          ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM