# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
# (Southern Division – Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:12–cv–01432–JAK–FFM

| | |
|---|---|
| Callidus Software Inc v. Xactly Corporation | Date Filed: 08/31/2012 |
| Assigned to: Judge John A. Kronstadt | Date Terminated: 03/11/2013 |
| Referred to: Magistrate Judge Frederick F. Mumm | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Callidus Software Inc**      represented by   **Assad Hussain Rajani**
*a Delaware corporaiton*       Dickstein Shapiro LLP
1841 Page Mill Road Suite 150
Palo Alto, CA 94304
650–690–9563
Fax: 650–690–9501
Email: rajania@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Deborah E Fishman**
Dickstein Shapiro LLC
1841 Page Mill Road
Suite 150
Palo Alto, CA 94304
650.690–9553
Fax: 650–690–9501
Email: FishmanD@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Krista Marie Carter**
Dickstein Shapiro LLP
1841 Page Mill Road
Suite 150
Palo Alto, CA 94304
650–690–9544
Fax: 650–690–9501
Email: carterk@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Thomas D Anderson**
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006–5403
202–420–2608
Fax: 202–420–2201
Email: andersont@dicksteinshapiro.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Xactly Corporation**<br>*a Delaware corporation* | represented by | **Charles Tait Graves**<br>Wilson Sonsini Goodrich &Rosati<br>Spear Tower<br>One Market Street<br>Suite 3300<br>San Francisco, CA 94105<br>415−947−2000<br>Email: tgraves@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Corina I Cacovean**<br>Wilson Sonsini Goodrich and Rosati PC<br>Spear Tower<br>One Market Street Suite 3300<br>San Francisco, CA 94105−1126<br>415−947−2000<br>Fax: 415−947−2099<br>Email: ccacovean@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer J Schmidt**<br>Wilson Sonsini Goodrich and Rosati PC<br>One Market Plaza Spear Tower Suite 3300<br>San Francisco, CA 94105<br>415−947−2000<br>Fax: 415−947−2099<br>Email: jschmidt@wsgr.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James C Yoon**<br>Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Rd<br>Palo Alto, CA 94304−1050<br>650−493−9300<br>Fax: 650−565−5100<br>Email: jyoon@wsgr.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Christopher Cabrera**<br>*an individual* | represented by | **Corina I Cacovean**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James C Yoon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Jennifer J Schmidt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2012 | Ï 1 | COMPLAINT against Defendant Xactly Corporation. Case assigned to Judge John F. Walter for all further proceedings. Discovery referred to Magistrate Judge Frederick F. Mumm.(Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Callidus Software Inc. (et) (Additional attachment(s) added on 9/6/2012: # 1 Ntc of Asgmt) (mg). (Entered: 09/05/2012) |
| 08/31/2012 | Ï | 21 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendant Xactly Corporation. (et) (Entered: 09/05/2012) |
| 08/31/2012 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Callidus Software Inc. (et) (mg). (Entered: 09/05/2012) |
| 08/31/2012 | Ï 3 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Callidus Software Inc. (et) (Entered: 09/05/2012) |
| 08/31/2012 | Ï 4 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 09/05/2012) |
| 09/05/2012 | Ï 5 | STANDING ORDER by Judge John F. Walter: READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES; Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages; replies shall not exceed 12 pages. Counsel are ORDERED to deliver 2 courtesy copies of all documents filed electronically in this action to Chambers. For each document filed electronically, one courtesy copy shall be marked CHAMBERS COPY and the other shall be marked COURTESY COPY. The courtesy copies shall be delivered to Chambers no later than 10:00 a.m. on the next business day after the document was electronically filed (see document for further details). (jp) (Entered: 09/05/2012) |
| 09/05/2012 | Ï 6 | PROOF OF SERVICE Executed by Plaintiff Callidus Software Inc, upon Defendant Xactly Corporation served on 8/31/2012, answer due 9/21/2012. Service of the Summons and Complaint were executed upon MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons returned. (Fishman, Deborah) (Entered: 09/05/2012) |
| 09/07/2012 | Ï 7 | ORDER TO TRANSFER CASE TO THE PATENT PILOT PROGRAM by Judge John F. Walter. Case transferred from Judge John F. Walter to Judge John A Kronstadt for all further proceedings. Case number now reads SACV 12–01432 JAK(FFMx). (rn) (Entered: 09/07/2012) |
| 09/10/2012 | Ï 8 | |

| | | |
|---|---|---|
| | | (IN CHAMBERS) ORDER REGARDING TRANSFER OF CASE TO JUDGE JOHN A. KRONSTADT by Judge John A. Kronstadt: This action has been reassigned to the Honorable John A. Kronstadt, United States District Judge. The Magistrate Judge previously assigned to this matter will continue. The case number will now read: SA CV12–01432 JAK (FFMx). Because all pleadings are routed using the judges initials, please be sure to use the initials JAK in place of the initials JFW on all future filings. Judge Kronstadts Courtroom Deputy Clerk, Andrea Keifer, can be reached at 213.894.2156 or at andrea_keifer@cacd.uscourts.gov. 7 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(ake) TEXT ONLY ENTRY (Entered: 09/10/2012) |
| 09/10/2012 | Ï 9 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT by Judge John A Kronstadt: Please read this Order carefully. It governs this case and differs in some respect from the Local Rules. The Initial Standing Order can also be found on the Court's Website under Judge Kronstadt's Procedures and Schedules, which is always the most recent and updated version. (ake) (Entered: 09/10/2012) |
| 09/11/2012 | Ï 10 | STIPULATION Extending Time to Answer the complaint as to filed by Defendant Xactly Corporation.(Yoon, James) (Entered: 09/11/2012) |
| 09/25/2012 | Ï 11 | NOTICE of Appearance filed by attorney Krista Marie Carter on behalf of Plaintiff Callidus Software Inc (Carter, Krista) (Entered: 09/25/2012) |
| 10/18/2012 | Ï 12 | ANSWER to Complaint – (Discovery), Complaint – (Discovery) 1 with JURY DEMAND filed by Defendant Xactly Corporation.(Yoon, James) (Entered: 10/18/2012) |
| 10/19/2012 | Ï 13 | ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE by Judge John A Kronstadt: The Scheduling Conference is set for January 14, 2012 at 1:30 p.m., with the Joint Report, which shall include the completed Schedule of Pretrial and Trial Dates, to be filed no later than January 4, 2013. (Attachments: # 1 Schedule) (ake) (Entered: 10/19/2012) |
| 10/19/2012 | Ï 15 | APPLICATION for attorney Thomas D. Anderson to Appear Pro Hac Vice. (PHV FEE PAID.) filed by Plaintiff Callidus Software Inc. Lodged Application of Non Resident Attorney to Appear. (lt) (Entered: 10/23/2012) |
| 10/22/2012 | Ï 14 | NOTICE filed by Defendant Xactly Corporation Xactly Corporation. (Yoon, James) (Entered: 10/22/2012) |
| 10/24/2012 | Ï 16 | (FIRST) AMENDED COMPLAINT against Defendant Xactly Corporation, Christopher Cabrera amending Complaint – (Discovery) 1 ; Jury Demand,filed by Plaintiff Callidus Software Inc (shb) (shb). (Additional attachment(s) added on 10/26/2012: # 1 Summons on First Amended Complaint) (shb). (Entered: 10/25/2012) |
| 10/24/2012 | Ï 17 | ORDER by Judge John A Kronstadt: granting 15 Application to Appear Pro Hac Vice by Attorney Thomas Anderson on behalf of Plaintiff, designating Deborah E. Fishman as local counsel. (lt) (Entered: 10/25/2012) |
| 10/24/2012 | Ï | 21 DAY Summons Issued re First Amended Complaint, 16 as to Defendants Christopher Cabrera, Xactly Corporation. (shb) (Entered: 10/26/2012) |

| | | |
|---|---|---|
| 10/25/2012 | Ï 18 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Callidus Software Inc. (Carter, Krista) (Entered: 10/25/2012) |
| 10/25/2012 | Ï 19 | PROOF OF SERVICE Executed by Plaintiff Callidus Software Inc, upon Defendant Christopher Cabrera served on 10/24/2012, answer due 11/14/2012. Service of the Summons and Complaint were executed upon Christopher Cabrera in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. *[service of Amended Complaint]* (Carter, Krista) (Entered: 10/25/2012) |
| 11/01/2012 | Ï 20 | APPLICATION for attorney Jennifer J. Schmidt to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973–11194475 paid.) filed by Defendant Christopher Cabrera, Xactly Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Yoon, James) (Entered: 11/01/2012) |
| 11/05/2012 | Ï 21 | ORDER by Judge John A Kronstadt: granting 20 Application to Appear Pro Hac Vice by Attorney Jennifer Schmidt on behalf of Defendants, designating James C. Yoon as local counsel. (lt) (Entered: 11/06/2012) |
| 11/13/2012 | Ï 22 | NOTICE OF MOTION AND MOTION to Dismiss Counts 6, 8, and 9 pursuant to Rule 12(b)(6) with leave to amend *DEFENDANTS' MOTION TO DISMISS* filed by Defendant Xactly Corporation. Motion set for hearing on 2/11/2013 at 08:30 AM before Judge John A Kronstadt. (Attachments: # 1 Proposed Order)(Graves, Charles) (Entered: 11/13/2012) |
| 11/13/2012 | Ï 23 | NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* filed by Defendants Xactly Corporation. Motion set for hearing on 2/11/2013 at 08:30 AM before Judge John A Kronstadt. (Attachments: # 1 Proposed Order)(Graves, Charles) (Entered: 11/13/2012) |
| 11/13/2012 | Ï 24 | DECLARATION of Jennifer J. Schmidt in support of MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 *Declaration of Jennifer J. Schmidt in Support of Defendant Xactly Corporation's Motion to Transfer Venue* filed by Defendant Xactly Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Graves, Charles) (Entered: 11/13/2012) |
| 11/13/2012 | Ï 25 | DECLARATION of Joe Consul in support of MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 *Declaration of Joe Consul in Support of Defendants' Motion to Transfer Venue* filed by Defendant Xactly Corporation. (Graves, Charles) (Entered: 11/13/2012) |
| 11/13/2012 | Ï 26 | DECLARATION of Jennifer J. Schmidt in support of MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 *Declaration of Jennifer J. Schmidt in Support of Defendant Xactly Corporation's Motion to Transfer Venue* filed by Defendant Xactly Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Graves, Charles) (Entered: 11/13/2012) |
| 11/14/2012 | Ï 27 | (IN CHAMBERS) ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS (DKT. 22) AND MOTION TO TRANSFER VENUE (DKT. 23) by Judge John A Kronstadt: The Court, on its own motion, |

| | | |
|---|---|---|
| | | continues Defendants' Motions from February 11, 2013 to February 25, 2013 at 8:30 a.m. 22 23 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(ake) TEXT ONLY ENTRY (Entered: 11/14/2012) |
| 11/19/2012 | Ï 28 | *Defendants' Certification and Notice of Interested Parties* Certificate and Notice of Interested Parties filed by Defendants Xactly Corporation, (Graves, Charles) (Entered: 11/19/2012) |
| 01/04/2013 | Ï 29 | REQUEST for ADR Procedure No. 2 filled. Parties request to appear before a neutral selected from the court's Mediation Panel for mediation. Filed by Plaintiff Callidus Software Inc(Carter, Krista) (Entered: 01/04/2013) |
| 01/04/2013 | Ï 30 | Joint Rule 16(b) Report filed by Plaintiff Callidus Software Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Carter, Krista) (Entered: 01/04/2013) |
| 01/08/2013 | Ï 31 | NOTICE OF MOTION AND MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* filed by Defendants Xactly Corporation. Motion set for hearing on 2/12/2013 at 10:00 AM before Judge John A Kronstadt. (Attachments: # 1 Proposed Order)(Graves, Charles) (Entered: 01/08/2013) |
| 01/08/2013 | Ï 32 | JOINT STIPULATION to MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 *Joint Stipulation on Defendants' Motion for Protective Order (Third Party Subpoenas)* filed by Defendant Xactly Corporation. (Graves, Charles) (Entered: 01/08/2013) |
| 01/08/2013 | Ï 33 | DECLARATION of Corina I. Cacovean In Support of MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 filed by Defendant Xactly Corporation. (Graves, Charles) (Entered: 01/08/2013) |
| 01/08/2013 | Ï 34 | DECLARATION of Krista M. Carter in Support of Joint Stipulation on Defendants' Motion for Protective Order MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 filed by Defendant Xactly Corporation. (Graves, Charles) (Entered: 01/08/2013) |
| 01/09/2013 | Ï 35 | NOTICE OF MOTION AND Corrected MOTION to Correct MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 *Defendants' Notice of Errata Re: Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* filed by Defendants Xactly Corporation. Motion set for hearing on 2/12/2013 at 10:00 AM |

| | | |
|---|---|---|
| | | before Magistrate Judge Frederick F. Mumm. (Graves, Charles) (Entered: 01/09/2013) |
| 01/09/2013 | Ï 36 | NOTICE of Appearance filed by attorney Assad Hussain Rajani on behalf of Plaintiff Callidus Software Inc (Rajani, Assad) (Entered: 01/09/2013) |
| 01/11/2013 | Ï 37 | NOTICE OF MOTION AND MOTION for Leave to file Second Amended Complaint filed by Plaintiff Callidus Software Inc. Motion set for hearing on 2/25/2013 at 08:30 AM before Judge John A Kronstadt. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Carter, Krista) (Entered: 01/11/2013) |
| 01/11/2013 | Ï 38 | DECLARATION of Krista M. Carter in support of MOTION for Leave to file Second Amended Complaint 37 filed by Plaintiff Callidus Software Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Carter, Krista) (Entered: 01/11/2013) |
| 01/14/2013 | Ï 39 | MINUTES: SCHEDULING CONFERENCE: The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' January 4, 2013 Joint Report and sets the following deadlines: February 8, 2013: Last day to amend or add parties; February 28, 2013: Infringement Contentions; March 29, 2013: Invalidity Contentions; April 12, 2013: Exchange of Proposed Terms for Construction; May 14, 2013: Exchange Preliminary Claim Constructions and Evidence; May 28, 2013: Joint Claim Construction and Prehearing Statement; June 14, 2013: Completion of Claim Construction Discovery; July 1, 2013: Plaintiffs Opening Claim Construction Brief; July 15, 2013: Defendant's Responsive Claim Construction Brief; July 22, 2013: Plaintiffs Reply Claim Construction Brief; August 5, 2013 at 11:00 a.m.: Hearing on Claim Construction Brief; 30 days after ruling on claim construction: Deadline to Raise Advice of Counsel Defense; September 13, 2013: Complete Good Faith Primary Document Production Pursuant to Written Requests Served Prior to August 16, 2013; September 30, 2013: Last day to participate in a settlement conference/mediationSeptember 30, 2013: Document Discovery Cut−Off; October 7, 2013 at 1:30 p.m.: Post Mediation Status Conference; October 31, 2013: Non−Expert Discovery Cut−Off; December 2, 2013: Initial Expert Disclosures; December 20, 2013: Rebuttal Expert Disclosures; January 31, 2014: Expert Discovery Cut−OffMarch 3, 2014: Last day to hear motions; March 31, 2014 at 3:00 p.m.: Final Pretrial Conference / Motions in Limine; April 11, 2014 at 3:00 p.m.: Status Conference re Exhibits; April 15, 2014 at 9:00 a.m.: Jury Trial (est. 10−14 days). The Court does not estimate the trial at 10−14 days but will confer further with counsel at the Final Pretrial Conference. Counsel may file a stipulation and proposed order regarding the interim dates as long as it does not alter the date set for the last day to hear motions and the trial. The Court grants the parties request to participate in a settlement conference with a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on October 7, 2013, if such notice is filed on or before October 4, 2013. If a notice of settlementis not filed, counsel shall file a joint report by October 7, 2013, regarding the status of settlement, which shall not disclose any |

| | | |
|---|---|---|
| | | substantive contents of the parties settlement negotiations. Counsel shall confer regarding Defendants Motion to Dismiss and Plaintiffs Motion to Amend to determine whether they are necessary and file the appropriate notice of withdrawal or stipulation and proposed order.Counsel for all parties shall comply with this Courts standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference IT IS SO ORDERED by Judge John A Kronstadt Court Reporter: Alex Joko. (ir) (Entered: 01/16/2013) |
| 01/14/2013 | Ï 40 | ORDER/REFERRAL to ADR Procedure No 2 by Judge John A Kronstadt. Case ordered to Court Mediation Panel for mediation. The ADR proceeding is to be completed no later than 9/30/13.The Court further sets a status conference for 10/7/2013 01:30 PM before Judge John A Kronstadt. (ir) (Entered: 01/16/2013) |
| 01/16/2013 | Ï 41 | ORDER ON COURT/JURY TRIAL by Judge John A Kronstadt: The Court sets the following trial dates: Jury Trial – April 15, 2014 at 9:00 a.m.; Status Conference re Exhibits – April 11, 2014 at 3:00 p.m.; and Final Pretrial Conference – March 31, 2014 at 3:00 p.m. Counsel for all parties shall comply with this Courts standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. (ake) (Entered: 01/16/2013) |
| 01/22/2013 | Ï 42 | Joint STIPULATION to Amend Amended Complaint, 16 , Joint STIPULATION to Withdraw Motion MOTION to Dismiss Counts 6, 8, and 9 pursuant to Rule 12(b)(6) with leave to amend *DEFENDANTS' MOTION TO DISMISS* MOTION to Dismiss Counts 6, 8, and 9 pursuant to Rule 12(b)(6) with leave to amend *DEFENDANTS' MOTION TO DISMISS* 22 , MOTION for Leave to file Second Amended Complaint 37 filed by Plaintiff Callidus Software Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Carter, Krista) (Entered: 01/22/2013) |
| 01/25/2013 | Ï 43 | ORDER by Judge John A. Kronstadt, based on the foregoing Stipulation 42 , the pending Motion to dismiss 22 and pending Motion for Leave to Amend 37 are hereby withdrawn, and Plaintiff may file Second Amended complaint consistent with the Local Rules and CM/ECF Procedures. Defendant Xactly Corporation and Christopher Cabrera's Motion to Transfer Venue (Dkt. 23) remains on calendar for February 25, 2013 at 8:30 a.m. (ir) (Entered: 01/25/2013) |
| 01/28/2013 | Ï 48 | SECOND AMENDED COMPLAINT against Defendant Christopher Cabrera, Xactly Corporation amending First Amended Complaint, 16 , Jury Demand, filed by Plaintiff Callidus Software Inc (shb) (shb). (Entered: 01/31/2013) |
| 01/29/2013 | Ï 44 | SUPPLEMENT to MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 *Defendants' Supplemental Memorandum in Support of Defendants' Motion for Protective Order (Third Party Subpoenas)* filed by Defendants Christopher Cabrera, Xactly Corporation. (Graves, Charles) (Entered: 01/29/2013) |
| 01/29/2013 | Ï 45 | DECLARATION of Corina I. Cacovean in support MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion* |

|  |  |  |
|---|---|---|
|  |  | *and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 *Supplemental Declaration of Corina I. Cacovean in Support of Defendants' Motion for Protective Order (Third Party Subpoenas)* filed by Defendants Christopher Cabrera, Xactly Corporation. (Attachments: # 1 Exhibit A)(Graves, Charles) (Entered: 01/29/2013) |
| 01/29/2013 | Ï 46 | MEMORANDUM in Opposition to MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 filed by Plaintiff Callidus Software Inc. (Carter, Krista) (Entered: 01/29/2013) |
| 01/29/2013 | Ï 47 | DECLARATION of Thomas Anderson in Opposition to MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* MOTION for Protective Order for Third Party Subpoenas *Defendants' Notice of Motion and Motion for Protective Order (Third Party Subpoenas)* 31 filed by Plaintiff Callidus Software Inc. (Carter, Krista) (Entered: 01/29/2013) |
| 01/31/2013 | Ï 49 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Callidus Software Inc. (Carter, Krista) (Entered: 01/31/2013) |
| 02/04/2013 | Ï 50 | MEMORANDUM in Opposition to MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 filed by Plaintiff Callidus Software Inc. (Carter, Krista) (Entered: 02/04/2013) |
| 02/04/2013 | Ï 51 | DECLARATION of Ronald J. Fior In Opposition To MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 filed by Plaintiff Callidus Software Inc. (Carter, Krista) (Entered: 02/04/2013) |
| 02/04/2013 | Ï 52 | DECLARATION of Krista M. Carter In Opposition To MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 filed by Plaintiff Callidus Software Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Carter, Krista) (Entered: 02/04/2013) |
| 02/08/2013 | Ï 53 | ANSWER to Amended Complaint 48 *Defendants' Answer to Second Amended Complaint* filed by Defendants Christopher Cabrera, Xactly Corporation.(Yoon, James) (Entered: 02/08/2013) |
| 02/11/2013 | Ï 54 | RESPONSE IN SUPPORT of MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 *Defendants' Reply in Support of Motion to Transfer Venue* filed by Defendants Christopher Cabrera, Xactly Corporation. (Graves, Charles) (Entered: 02/11/2013) |
| 02/11/2013 | Ï 55 | DECLARATION of Corina I. Cacovean In Support Of MOTION to Transfer Case to Northern District of California *Defendants' Motion to Transfer Venue* 23 *Declaration of Corina I. Cacovean In Support Of Defendants' Reply In Support Of Motion to Transfer Venue* filed by Defendants Christopher Cabrera, Xactly Corporation. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1, #_2_ Exhibit 2, #_3_ Exhibit 3, #_4_ Exhibit 4, #_5_ Exhibit 5, #_6_ Exhibit 6, #_7_ Exhibit 7, #_8_ Exhibit 8)(Graves, Charles) (Entered: 02/11/2013) |
| 02/12/2013 | Ï 56 | MINUTES OF TELEPHONIC HEARING RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDERdenying 35 31 Motion for Protective Order; Discovery Hearing held before Magistrate Judge Frederick F. Mumm: Defendant Xactly Corporation's motion for protective order is denied as stated on the record.Court Recorder: CS 02/12/13. (jm) (Entered: 02/14/2013) |
| 02/19/2013 | Ï 57 | STIPULATION for Protective Order filed by Plaintiff Callidus Software Inc. (Attachments: #_1_ Proposed Order)(Fishman, Deborah) (Entered: 02/19/2013) |
| 02/19/2013 | Ï 58 | NOTICE of Change of address by Deborah E Fishman attorney for Plaintiff Callidus Software Inc. Changing attorneys address to 1841 Page Mill Road, Suite 150, Palo Alto, CA 94304–1254. Filed by Plaintiff Callidus Software Inc. (Fishman, Deborah) (Entered: 02/19/2013) |
| 02/20/2013 | Ï 59 | STIPULATION for Protective Order filed by Plaintiff Callidus Software Inc. (Attachments: #_1_ Proposed Order (CORRECTED as to [Proposed] Order only))(Fishman, Deborah) (Entered: 02/20/2013) |
| 02/22/2013 | Ï 61 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Frederick F. Mumm **NOTE CHANGES MADE BY COURT** 59 (Attachments: #_1_ Exhibit) (es) (Entered: 02/25/2013) |
| 02/25/2013 | Ï 60 | MINUTES: DEFENDANT XACTLY CORPORATION AND CHRISTOPHER CABRERA'S MOTION TO TRANSFER 23 : The motion hearing is held. The Court states its tentative views that it is inclined to grant Defendants' Motion to Transfer (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION.Counsel shall confer with their respective clients regarding settlement and file a joint report no later than March 1, 2013, regarding whether the parties would like to participate in a settlement conference with this Court serving as the settlement officer IT IS SO ORDERED by Judge John A. Kronstadt Court Reporter: Alex Joko. (ir) (Entered: 02/25/2013) |
| 03/01/2013 | Ï 62 | JOINT REPORT of Settlement Conference filed by Plaintiff Callidus Software Inc. (Carter, Krista) (Entered: 03/01/2013) |
| 03/11/2013 | Ï 63 | MINUTES (IN CHAMBERS): ORDER by Judge John A. Kronstadt: granting 23 Motion to Transfer Case. Case transferred to the Northern District of California, San Francisco. Original file transferred electronically. MD JS–6. Case Terminated. (Attachments: #_1_ Letter Transmittal to USDC Northern District of CA, San Francisco) (shb) (Entered: 03/11/2013) |