JAMES C. YOON (State Bar No. 177155)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
E-Mail:       jyoon@wsgr.com

CHARLES TAIT GRAVES (State Bar No. 197923)
JENNIFER J. SCHMIDT (*pro hac vice*)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:       tgraves@wsgr.com
              jschmidt@wsgr.com
              mguo@wsgr.com

Attorneys for Defendants
XACTLY CORPORATION
and CHRISTOPHER CABRERA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALLIDUS SOFTWARE, INC.,<br>a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>XACTLY CORPORATION,<br>a Delaware corporation; and CHRISTOPHER CABRERA,<br>an individual,<br><br>             Defendants. | Case No. 3:13-cv-01122 EMC<br><br>**STIPULATION TO EXTEND MEDIATION AND [PROPOSED] ORDER** |

STIPULATION AND PROPOSED ORDER
Case No. 3:13-cv-01122 EMC

1     Whereas on August 2, 2013, the Court assigned Stephen H. Sulmeyer, J.D., Ph.D., as the mediator to this case;

3     Whereas on September 13, 2013, the Court set a mediation for September 30, 2013;

4     Whereas the parties have conducted separate phone calls with the mediator;

5     Whereas after consulting with the ADR program office, the court-appointed mediator recommends that the parties postpone the date for a mediation in order to allow individual pre-mediation meetings with each party;

8     The parties hereby stipulate and agree, subject to the Court's approval, that the mediation currently scheduled for September 30, 2013 be postponed until no later than November 30, 2013.

Dated: September 27, 2013            DICKSTEIN SHAPIRO LLP

By:    */s/ Deborah E. Fishman*
        Deborah E. Fishman

Attorneys for Plaintiff
CALLIDUS SOFTWARE INC.

Dated: September 27, 2013            WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    */s/ James C. Yoon*
        James C. Yoon

Attorneys for Defendants
XACTLY CORPORATION and
CHRISTOPHER CABRERA

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

                                        */s/ James C. Yoon*
                                        James C. Yoon

1  IT IS SO ORDERED this ___8th___ day of ___October___, 2013.



Edward M. Chen
United States District Judge