UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIDUS SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> XACTLY CORPORATION, *et al.*, <br><br> Defendants. <br> _____/ | No. C-13-1122 EMC <br><br> **ORDER SETTING STATUS CONFERENCE** |

Pending before the Court is a Notice of Settlement and Joint Motion to Stay All Pending Deadlines (Docket No. 90). The Court will discuss the motion at the Status Conference set for Thursday, November 21, 2013, at 10:30 a.m. A brief Joint Status Conference statement shall be filed by November 19, 2013.

IT IS SO ORDERED.

Dated: November 13, 2013

_____
EDWARD M. CHEN
United States District Judge