Deborah E. Fishman (SBN 197584)
fishmand@dicksteinshapiro.com
Krista M. Carter (SBN 225229)
carterk@dicksteinshapiro.com
Assad H. Rajani (SBN 251143)
rajania@dicksteinshapiro.com
Michael S. Tonkinson (SBN265011)
tonkinsonm@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501

Thomas D. Anderson (*pro hac vice*)
andersont@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2608
Facsimile: (202) 420-2201

Attorneys for Plaintiff
CALLIDUS SOFTWARE INC.

James C. Yoon (State Bar No. 177155)
jyoon@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100

Charles Tait Graves (State Bar No. 197923)
tgraves@wsgr.com
Jennifer J. Schmidt (*pro hac vice*)
jschmidt@wsgr.com
Michael J. Guo
mguo@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendants
XACTLY CORPORATION
and CHRISTOPHER CABRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIDUS SOFTWARE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XACTLY CORPORATION, a Delaware corporation, and CHRISTOPHER CABRERA, an individual,<br><br>Defendants. | CASE NO: 3:13-cv-01122-EMC<br><br>**JOINT STIPULATION RE: DISMISSAL OF DEFENDANT XACTLY CORPORATION**<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of a confidential settlement agreement, Plaintiff Callidus Software Inc. ("Plaintiff") and Defendants Xactly Corporation ("Xactly") and Mr. Christopher Cabrera, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims between Callidus and Xactly in the above-captioned action, with each party to bear its own costs, expenses and attorneys' fees.

DATED: November 26, 2013        By:     /s/ *Deborah E. Fishman*
                                        Deborah E. Fishman (SBN 197584)
                                        fishmand@dicksteinshapiro.com
                                        Krista M. Carter (SBN 225229)
                                        carterk@dicksteinshapiro.com
                                        Assad H. Rajani (SBN 251143)
                                        rajania@dicksteinshapiro.com
                                        Michael S. Tonkinson (SBN265011)
                                        tonkinsonm@dicksteinshapiro.com
                                        DICKSTEIN SHAPIRO LLP
                                        1841 Page Mill Road, Suite 150
                                        Palo Alto, CA 94304
                                        Telephone: (650) 690-9500
                                        Facsimile: (650) 690-9501

                                        Thomas D. Anderson (*pro hac vice*)
                                        andersont@dicksteinshapiro.com
                                        DICKSTEIN SHAPIRO LLP
                                        1825 Eye Street NW
                                        Washington, DC 20006
                                        Telephone: (202) 420-2608
                                        Facsimile: (202) 420-2201

                                        Attorneys for Plaintiff
                                        CALLIDUS SOFTWARE INC.

DATED: November 26, 2013        By:     /s/ *James C. Yoon*
                                        James C. Yoon (State Bar No. 177155)
                                        jyoon@wsgr.com
                                        WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
                                        650 Page Mill Road
                                        Palo Alto, California  94304
                                        Telephone:   (650) 493-9300
                                        Facsimile:   (650) 565-5100

Charles Tait Graves (State Bar No. 197923)
tgraves@wsgr.com
Jennifer J. Schmidt (*pro hac vice*)
jschmidt@wsgr.com
Michael J. Guo
mguo@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

Attorneys for Defendants
XACTLY CORPORATION
and CHRISTOPHER CABRERA

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

GRANTED
Judge Edward M. Chen

2

JOINT STIPULATION TO DISMISS - CASE NO: 3:13-CV-01122-EMC