| | |
|---|---|
| Deborah E. Fishman (SBN 197584)<br>fishmand@dicksteinshapiro.com<br>Krista M. Carter (SBN 225229)<br>carterk@dicksteinshapiro.com<br>Assad H. Rajani (SBN 251143)<br>rajania@dicksteinshapiro.com<br>Michael S. Tonkinson (SBN265011)<br>tonkinsonm@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>1841 Page Mill Road, Suite 150<br>Palo Alto, CA 94304<br>Telephone: (650) 690-9500<br>Facsimile: (650) 690-9501<br><br>Thomas D. Anderson (*pro hac vice*)<br>andersont@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 420-2608<br>Facsimile: (202) 420-2201<br><br>Attorneys for Plaintiff<br>CALLIDUS SOFTWARE INC. | James C. Yoon (State Bar No. 177155)<br>jyoon@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Charles Tait Graves (State Bar No. 197923)<br>tgraves@wsgr.com<br>Jennifer J. Schmidt (*pro hac vice*)<br>jschmidt@wsgr.com<br>Michael J. Guo<br>mguo@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br><br>Attorneys for Defendants<br>XACTLY CORPORATION<br>and CHRISTOPHER CABRERA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIDUS SOFTWARE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XACTLY CORPORATION, a Delaware corporation, and CHRISTOPHER CABRERA, an individual,<br><br>Defendants. | CASE NO: 3:13-cv-01122-EMC<br><br>**JOINT STIPULATION RE: DISMISSAL OF DEFENDANT CHRISTOPHER CABRERA**<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of a confidential settlement agreement, Plaintiff Callidus Software Inc. ("Plaintiff") and Defendants Xactly Corporation and Mr. Christopher Cabrera, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims between Callidus and Mr. Christopher Cabrera in the above-captioned action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: November 26, 2013     By:     /s/ *Deborah E. Fishman*
                                     Deborah E. Fishman (SBN 197584)
                                     fishmand@dicksteinshapiro.com
                                     Krista M. Carter (SBN 225229)
                                     carterk@dicksteinshapiro.com
                                     Assad H. Rajani (SBN 251143)
                                     rajania@dicksteinshapiro.com
                                     Michael S. Tonkinson (SBN265011)
                                     tonkinsonm@dicksteinshapiro.com
                                     DICKSTEIN SHAPIRO LLP
                                     1841 Page Mill Road, Suite 150
                                     Palo Alto, CA 94304
                                     Telephone: (650) 690-9500
                                     Facsimile: (650) 690-9501

                                     Thomas D. Anderson (*pro hac vice*)
                                     andersont@dicksteinshapiro.com
                                     DICKSTEIN SHAPIRO LLP
                                     1825 Eye Street NW
                                     Washington, DC 20006
                                     Telephone: (202) 420-2608
                                     Facsimile: (202) 420-2201

                                     Attorneys for Plaintiff
                                     CALLIDUS SOFTWARE INC.

DATED: November 26, 2013     By:     /s/ *James C. Yoon*
                                     James C. Yoon (State Bar No. 177155)
                                     jyoon@wsgr.com
                                     WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
                                     650 Page Mill Road
                                     Palo Alto, California 94304
                                     Telephone: (650) 493-9300
                                     Facsimile: (650) 565-5100

| | |
|---|---|
| 1 | |
| 2 | Charles Tait Graves (State Bar No. 197923)<br>tgraves@wsgr.com |
| 3 | Jennifer J. Schmidt (*pro hac vice*)<br>jschmidt@wsgr.com |
| 4 | Michael J. Guo<br>mguo@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Plaza<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, California  94105<br>Telephone:  (415) 947-2000 |
| 8 | Facsimile:   (415) 947-2099 |
| 9 | Attorneys for Defendants<br>XACTLY CORPORATION |
| 10 | and CHRISTOPHER CABRERA |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge



2